# UNITED STATES DISTRICT COURT,
# EASTERN DISTRICT OF LOUISIANA
# REQUESTING JUDICIAL ASSISTANCE

**ROBBIN E. BLYTHE**  **CIVIL ACTION No. 17-5184 "G"(4)**

**VERSUS**

**OFFSHORE SERVICE VESSELS, L.L.C., ET AL.**

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
## (LETTERS ROGATORY)

The United States District Court for the Eastern District of Louisiana presents is compliments to the Appropriate Judicial Authority of the Republic of Trinidad and Tobago (for transmittal to the U.S. Embassy Port of Spain to request from the High Court of the Republic of Trinidad and Tobago), and requests judicial assistance to effect service of process to be used in a civil proceeding before this court in the above captioned matter. A trial on this matter is scheduled at present for July 9, 2018 in New Orleans, Louisiana, in the United States of America.

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of the Republic of Trinidad and Tobago effect service of process upon the below named individuals.

### Company to be served:

Massy Cat d/b/a Massy Machinery, LTD, a company in The Republic of Trinidad and Tobago

### Address of Company to be served:

Massy Cat d/b/a Massy Machinery, LTD
Corner Biljah Road & Uriah Butler Highway
Chaguanas, Trinidad and Tobago, W.I.

### Nature and purpose of the document:

Service of process of Summons, Complaint, and First Supplemental and Amending Complaint against Massy Cat d/b/a Massy Machinery, LTD based upon the alleged personal injury to the plaintiff.

### Nature and purpose of the proceedings:

Civil lawsuit seeking a money judgment against the defendants. Plaintiff brings this action for damages for the injuries he sustained in the course of his employment as a seaman.

**Requested Method of Service:**

The undersigned applicant has the honour to transmit, in duplicate, the documents listed above, and requests prompt service by the proper and usual process of your court, to cause the attached copies of the Summons, Complaint, and First Supplemental and Amending Complaint in the above-entitled action to be served on the addressee named above in such a manner as is reasonably calculated to give the addressee named above actual notice of this action.

We further request that you cause the Proof of Service, attached hereto, of the person actually serving the Summons, Complaint, and First Supplemental and Amending Complaint on the addressee named above, to be completed, according to the proper and usual process of your court, stating the date and manner in which service was made, and to cause this statement to be reduced to writing, and, where appropriate, include any additional costs incurred in executing the letters rogatory to be reimbursed by plaintiff's counsel.  The authority is requested to leave a copy of the process with the addressee named above, and to return or to have returned a copy of the documents with the Proof of Service certificate returned to us under cover, closed and sealed, endorsed with the title of this action, together with these presents, addressed to the plaintiff's counsel, at the address below, and we shall be ready and willing to do the same for you in a similar case when required:

Timothy J. Falcon
Falcon Law Firm
5044 Lapalco Blvd.
Marrero, LA 70072

**Date and Place for Addressee's Response:**

Massy Cat d/b/a Massy Machinery, LTD must serve an Answer to the Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this Summons on Massy Cat d/b/a Massy Machinery, LTD  (not counting the day it was received). The Answer or Motion must be served with the court, and also on the plaintiff's attorney, whose name is listed above.

Witness the Honorable Judge Nannette Jolivette Brown, District Judge of the United States District Court for the Eastern District of Louisiana, the United States of America.

*[signature: Nannette Jolivette Brown]*
**NANNETTE JOLIVETTE BROWN**
**Judge of the United States District Court,**
**Eastern District of Louisiana**
**500 Poydras Street**
**New Orleans, Louisiana 70130**

DATE : May __10th__, 2018                                                       (SEAL OF COURT)

2