# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| ROBBIN E. BLYTHE | CIVIL ACTION: 2:17-cv-05184 |
|---|---|
| v. | |
| OFFSHORE SERVICE VESSELS, L.L.C., et al. | JUDGE NANNETTE JOLIVETTE BROWN |
| | MAG. KAREN WELLS ROBY |

### *EX PARTE* CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE AN ANSWER OR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINTS

**NOW INTO COURT**, through undersigned counsel, comes Massy Cat d/b/a Massy Machinery, LTD ("Massy"), sought to be made a defendant herein, which, pursuant to Local Rule 7.8 and appearing solely for the purpose of this Motion for Extension of Time, without waiving any Rule 12 objections or other defenses, including but not limited to lack of personal jurisdiction, moves this Honorable Court for an Order granting Massey an extension of time within which to file responsive pleadings and respectfully represents:

1.

Plaintiff filed a Complaint against Offshore Service Vessels, L.L.C., f/k/a Edison Chouest Offshore, L.L.C., on May 24, 2017 (Rec. Doc. 1).

2.

On April 16, 2018, Plaintiff filed a First Supplemental and Amending Complaint seeking to add additional parties as defendants, including Massey. (Rec. Doc. 16).

3.

Upon information and belief, Massey was served with the Complaint and First Supplemental and Amending Complaint on or about February 18, 2019.

4.

Massey's responsive pleadings are currently due on March 11, 2019. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

5.

Undersigned counsel was recently retained by Massey. As such, Massey is in the process of investigating the allegations contained in the Complaint and First Supplemental and Amending Complaint, and additional time is needed to formulate responsive pleadings. Massey therefore respectfully requests an extension of time of twenty-one (21) days, up to and including April 1, 2019, within which to file responsive pleadings.

6.

Massey has not requested any previous extension of time to plead in this matter, and no objection to an extension of time has been filed into the record.

7.

Undersigned counsel for Massey contacted Plaintiff's counsel and confirmed Plaintiff's consent to the requested extension of time.

8.

Massey requests that the Court allow a full reservation of all rights and defenses unto the Massey in the premises.

**WHEREFORE,** Massy Cat d/b/a Massy Machinery, LTD prays:

1. For an extension of twenty-one (21) days, up to and including April 1, 2019, within which to file an answer or other responsive pleading to Plaintiff's Complaint and First Supplemental and Amending Complaint; and

2. For such other and further relief to which they may be entitled in law and equity.

Respectfully submitted:

**ADAMS AND REESE LLP**

*/s/ Gerard J. Gaudet*
William B. Gaudet (#1374)
Gerard J. Gaudet (#35139)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Telefax: (504) 566-0210
Billy.Gaudet@arlaw.com
Gerard.Gaudet@arlaw.com

*Counsel for Massy Cat d/b/a Massy Machinery, LTD*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Gerard J. Gaudet*
GERARD J. GAUDET